DEPARTMENT OF ALCOHOLIC BEVERAGE
CONTROL FOR CALIFORNIA ET AL. *v.*
AMMEX WAREHOUSE CO. OF
SAN YSIDRO, INC., ET AL.

No. 919.   Decided June 15, 1964.

*Stanley Mosk,* Attorney General of California, *E. G. Funke,* Assistant Attorney General, and *Felice R. Cutter* and *Warren H. Deering,* Deputy Attorneys General, for appellants.

*George D. Byfield* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed. *Hostetter* v. *Idlewild Bon Voyage Liquor Corp.,* 377 U. S. 324.

MR. JUSTICE BLACK and MR. JUSTICE GOLDBERG dissent for the reasons stated in the dissenting opinion in *Hostetter* v. *Idlewild Bon Voyage Liquor Corp., supra.*